**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **PATRICIA KOWALSKI**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-00756-CDP |
| ) | |
| **ALLIANCEONE RECEIVABLES** ) | |
| **MANAGEMENT, INC.**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Patricia Kowalski, and notifies this Court that the parties have reached a confidential settlement on all of Plaintiff's claims.  Plaintiff respectfully requests that the Court continue this matter for 60 days to finalize the settlement.  Thereafter, Plaintiff will stipulate to a dismissal with prejudice of all of her claims against Defendant.

 

Respectfully submitted,

BRODY & CORNWELL

/s/ Bryan E. Brody
Bryan E. Brody, #57580MO
Alexander J. Cornwell, #64793MO
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1068
bbrody@brodyandcornwell.com
acornwell@brodyandcornwell.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned attests that, on April 12, 2017, the foregoing document was served by operation of the Court's electronic filing system on the following counsel of record:

Joshua C. Dickinson
jdickinson@spencerfane.com
Patrick T. McLaughlin
pmclaughlin@spencerfane.com
*Attorneys for Defendant*

                                                  /s/ Bryan E. Brody