UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA KOWALSKI**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:17-CV-00756-CDP |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

BRODY & CORNWELL

By: /s/ Bryan E. Brody
Bryan E. Brody, #57580MO
1 North Taylor Avenue
St. Louis, MO 63108
Telephone:  314-932-1068
bbrody@brodyandcornwell.com
*Attorneys for Plaintiff*

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
 Joshua C. Dickinson, MO# 51446
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600 (telephone)
jdickinson@spencerfane.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 15th day of June, 2017, with notice of case activity generated and sent electronically to:

Joshua C. Dickinson
jdickinson@spencerfane.com

/s/ Bryan E. Brody